**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Holdings of Florida, LLC, | Case No. 2:25-bk-00397 |
| | Jointly Administered With |
| Landmark Management Services of Florida, LLC, | Case No. 2:25-bk-00398 |
| Landmark Rehabilitation Hospital of Columbia, LLC, | Case No. 2:25-bk-00399 |
| Landmark Hospital of Athens, LLC, | Case No. 2:25-bk-00400 |
| Landmark Hospital of Cape Girardeau, LLC, | Case No. 2:25-bk-00401 |
| Landmark Hospital of Columbia, LLC, | Case No. 2:25-bk-00402 |
| Landmark Hospital of Joplin, LLC, | Case No. 2:25-bk-00403 |
| Landmark Hospital of Savannah, LLC, | Case No. 2:25-bk-00404 |
| Debtors.[1] | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES**
**REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Landmark Holdings of Florida, LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the Middle District of Florida (the "Court"). The Debtors prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Landmark Holdings of Florida, LLC (1217); Landmark Management Services of Florida, LLC (7031); Landmark Rehabilitation Hospital of Columbia, LLC (5424); Landmark Hospital of Athens, LLC (2745); Landmark Hospital of Cape Girardeau, LLC (1155); Landmark Hospital of Columbia, LLC (5424); Landmark Hospital of Joplin, LLC (9493); and, Landmark Hospital of Savannah, LLC (8003).

Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "<u>Global Notes</u>") are incorporated by reference herein, and comprise an integral part of the Debtors' respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Description of These Chapter 11 Cases and "As of" Information Date**.  On March 9, 2025 (the "<u>Petition Date</u>"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  To the best of the Debtors' knowledge, the information included in the Schedules and Statements is presented as of the Petition Date, unless otherwise indicated.

2. **General Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements.  However, inadvertent errors or omissions may exist.  Additionally, the Schedules and Statements contain significant unaudited information.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including to (a) amend them with respect to any claim (each, a "<u>Claim</u>") description or designation; (b) dispute or otherwise assert offsets or defenses to any Claim as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, security, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of (i) liability, or (ii) amounts due or owing, if any, by the Debtors.  Nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action including those arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.

3. **Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles and are not intended to reconcile fully to any financial statements prepared by the Debtors.  Additionally, the Schedules and Statements reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

4. **Book Value**.  Except as otherwise noted, each asset and liability is shown at net book value in accordance with each Debtor's accounting books and records.  Therefore, the Schedules and Statements are not based on any estimate of the current market values of the Debtors' assets and liabilities unless otherwise noted herein.

5. **Litigation**.  The inclusion of any Litigation Action ("Litigation Action") in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action, the amount of any related potential claim, or the amount and treatment of any potential claim resulting from any Litigation Action pending or that may arise.

6. **First Day Orders**.  Pursuant to various "first day" orders (each, a "First Day Order," and collectively, the "First Day Orders") entered by the Court, the Debtors and their estates are authorized to (a) pay certain prepetition wages, salaries, employee benefits, expenses, and other compensation, and (b) honor prepetition obligations related to existing refund programs, including the Debtors' extended repayment schedules ("ERS") with the Centers for Medicare & Medicaid Services.  To the extent certain prepetition Claims were paid or other prepetition obligations honored pursuant to the relief granted by the First Day Orders, such Claims have been omitted from the Schedules and Statements.  Additionally, certain Claims on the Schedules and Statements may have been, or may in the future be, satisfied pursuant to the First Day Orders or other orders of the Court.

7. **Intercompany Payables and Receivables.**  The operation of the Debtors' cash management system gives rise to certain intercompany payables and receivables between individual Debtors.  Schedules A/B and E/F, respectively, set out the gross balance of each payable and receivable between each party.  The listing by each Debtor of any account between a Debtor and another affiliate reflects the balances in the Debtors' books and records.  It does not reflect any admission or conclusion of any Debtor regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

8. **Executory Contracts and Unexpired Leases**.  The Debtors have not included executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  Rather, the Debtors have included executory contracts and unexpired leases solely on Schedule G.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  The inclusion of a contract on Schedule G does not constitute an admission as to the executory nature (or non-executory nature) of the item, or an admission as to the existence or validity of any Claims held by the counterparty to such contract.

9. **Employees**.  The Debtors' executed a Corporate Professional Employer Organization ("CPEO") agreement with ADP TotalSource ("TotalSource") in March 2024.  Pursuant to the CPEO agreement, TotalSource manages certain of the Debtors' employee benefits programs and provides employees and employee payroll services to the Debtors.  Debtor Landmark Management Services of Florida, LLC ("LMS") executed the CPEO agreement on behalf of all Debtors with employees subject to the CPEO arrangement.  Accordingly, the Debtors have listed all TotalSource contracts on only LMS's Schedule G.  All payments related to Employee obligations, excluding to certain third party and independent contractor personnel, are remitted by the Debtors to TotalSource.  TotalSource contracts directly with all benefit providers except

for the Debtor-sponsored 401K plan which is administered by Landmark Holdings of Florida, LLC ("LHF").

10. **Insiders**. The listing of a party as an "insider" or the inclusion of transactions with any party designated as such in the Schedules and Statements is not intended to be a legal characterization of such party as an insider or reflect any legal conclusions made by the Debtors and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

11. **Accounts Payable and Disbursement Systems**. The Debtors maintain a centralized cash management system to collect and disburse funds in the ordinary course. A description of the cash management system is set forth in the Debtors' Cash Management Motion filed at Docket No. 23.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

### A.      Schedule A/B – Real and Personal Property

**Item 3.   Accounts Receivable:** The Debtors record receivables from various payors including Medicare, Medicaid, Medicare Advantage, Commercial insurers and Other parties. The Debtors pursue collection of all accounts but are not assured payment for various reasons. To estimate the Current Value of the Debtors' Interests in their Accounts Receivable ("A/R"), the Debtors used the A/R aging closest to the Petition Date, the report dated March 18, 2025, and made adjustments to approximate the March 9, 2025, gross balance. The Debtors netted estimates of Doubtful or Uncollectible accounts against the gross balances to arrive at the estimated Current Value. The Debtors reserve all rights to pursue any accounts which may have been included in the estimate of Doubtful or Uncollectible amounts.

**Item 74.   Causes of Action:** Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all their respective causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws. The Debtors and their estates reserve all rights with respect to any Claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

### B.      Schedule D – Creditors Who Have Claims Secured by Property

The Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of the Debtors. Moreover, although the Debtors may have scheduled Claims of various creditors as secured Claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.

4

C.    **Schedule E/F – Creditors Who Have Unsecured Claims**

*Part 2:    Creditors Holding Non-Priority Unsecured Claims*.    While the Debtors have used reasonable efforts to list all general unsecured Claims, additional Claims may exist.

The amounts listed on Schedule E/F do not reflect any rights of setoff or recoupment, and the Debtors reserve all rights to assert any such setoff or recoupment rights.

Schedule E/F does not include rejection damage Claims of the counterparties to the executory contracts that may be rejected, to the extent such damage Claims exist.

D.    **Schedule G – Executory Contracts**

The Debtors reserve all rights to dispute the validity, status, or enforceability of any contract or agreement set forth in Schedule G.  The contracts and agreements listed on Schedule G may have expired or been modified, amended, or supplemented by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract, without respect to whether such agreement, instrument, or other document is listed thereon.

In the ordinary course of business, and in connection with the proposed sale process, the Debtors may have entered into confidentiality agreements.  To the extent that such confidentiality agreements constitute executory contracts, they are not listed individually on Schedule G.

**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS**

**General.** Several Statements require dates of service for individual's employment.  For any entry without a "to" date, the individual remains employed by the Debtors.

**Statement 3.** LMS made a $600K payment to its insurance broker, Arthur J Gallagher, on 1/16/2025 from Amerant account 5906.  The payment was returned and redeposited on 1/30/2025 to Landmark Amerant account 5706.  While there was no net disbursement, the Debtors have included the payment in Statement 3 to disclose all disbursements in the 90-day period.

The detail herein includes 890 cash transfers totaling $36,455,871.65 between Debtors as part of the Debtors' ordinary course business operations.  As described in further detail in the Debtors' cash management motion, the Debtors maintain a centralized cash management system, but account for any intercompany transfers in their books and records.  Disbursements to third parties are therefore overstated by the amount of any such intercompany transfer.

**Statement 11.**  Debtor, LHF made certain payments related to bankruptcy within 1 year before the filing of these cases.  While those payments and the services of the professional firms were for the benefit of all Debtors, the transfers are detailed on LHF's SOFA only.

**Statement 13.**  LMS houses the senior leadership team that provides healthcare management services to each of the Debtors.  All compensation and related disbursements for such management personnel are made through LMS.

**Statement 25.**   LHF held an interest in Landmark Hospital of Salt Lake City, LLC ("LHSLC") C4252 Birkhill Blvd., Murray, UT 84107.   LHSLC was dissolved on 4/20/2019 and has no ongoing operations.

**Statement 30**.  Unless otherwise indicated in a Debtors' specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.


***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Landmark Hospital of Columbia, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Middle District of Florida</td></tr>
<tr><td></td><td>(State)</td></tr>
<tr><td>Case number (If known):</td><td>2:25-bk-00402</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ....................................................    $    134,422.53

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................    $    5,931,521.04

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................    $    6,065,943.57

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................    $    31,286,816.42

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................    $    400.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............    +$    20,122,700.37

4. **Total liabilities** .................................................................................    $    51,409,916.79
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    Landmark Hospital of Columbia, LLC

United States Bankruptcy Court for the:   Middle District of Florida

Case number (If known):   2:25-bk-00402

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Montgomery Bank | Checking | 0  5  3  3 | $ 32,011.90 |
| 3.2. | See continuation sheet | | | $ 100.00 |

4. **Other cash equivalents** *(Identify all)*

4.1. _____    $_____
4.2. _____    $_____

5. **Total of Part 1**    $ 32,111.90

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____    $_____
7.2. _____    $_____

Debtor  Landmark Hospital of Columbia, LLC
Name

Case number (if known) 2:25-bk-00402

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____  $ _____

8.2. _____  $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $ _____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:  2,510,736.03 _____ – 8,712.51 _____ = ........➔  $ 2,502,023.52 _____
face amount                 doubtful or uncollectible accounts

11b. Over 90 days old:  8,670,974.52 _____ – 5,853,449.50 _____ = ........➔  $ 2,817,525.02 _____
face amount                 doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ 5,319,548.54 _____

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____

14.2. _____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

15.1. _____  _____ %  _____  $ _____

15.2. _____  _____ %  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $ _____

16.2. _____  _____  $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $ _____

Debtor ___Landmark Hospital of Columbia, LLC_____     Case number (if known) __2:25-bk-00402__
          Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** Medical Supplies _____ | 02/28/2025 MM / DD / YYYY | 42,567.84 $ _____ | _____ | 42,567.84 $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ __42,567.84__

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $ _____ | _____ | $ _____ |

Debtor    Landmark Hospital of Columbia, LLC

Name

Case number *(if known)* 2:25-bk-00402

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture** Office Furniture | $ 674.12 | _____ | $ 674.12 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer Hardware/Software | $ 14,461.20 | _____ | $ 14,461.20 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ · | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 15,135.32

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Landmark Hospital of Columbia, LLC
         Name

Case number (*if known*)  2:25-bk-00402

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Medical and Other Healthcare Related Equipment

| | | | |
|---|---|---|---|
| | $ 307,907.65 | _____ | $ 307,907.65 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 307,907.65

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   Land - Schaumburg Subdivision Plat 1 Lot 4A, N Old Hwy 63 | | $ 134,422.53 | | $ 134,422.53 |
| 55.2   604 Old 63 N. Columbia, MO 65201 | Lessee | $ 0.00 | | $ 0.00 |
| 55.3 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 134,422.53

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties**<br>Missouri Certificate of Need | $ 0.00 | | $ Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property**<br>Domains, IP, Trademarks, Etc. | $ | | $ Unknown |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Landmark Hospital of Columbia, LLC
          Name

Case number (*if known*) 2:25-bk-00402

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____    0.00 _____ — 0.00 _____ = ➤    $ 0.00 _____
                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

Receivable due from White Oaks Real Estate Investments of Colu    $ 65,000.00 _____

See continuation sheet    $ 149,249.79 _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$ 214,249.79 _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Landmark Hospital of Columbia, LLC
          Name

Case number (if known)    2:25-bk-00402

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 32,111.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 5,319,548.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 42,567.84 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 15,135.32 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 307,907.65 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➔ | | $ 134,422.53 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 214,249.79 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 5,931,521.04 | **+** 91b. $ 134,422.53 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................... | 6,065,943.57 | $ 6,065,943.57 |

2:25-bk-00402

Debtor 1    Landmark Hospital of Columbia, LLC

First Name    Middle Name    Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Montgomery Bank | Checking | 0753 |
| Balance: 0.00 | | |
| Montgomery Bank | Checking | 4813 |
| Balance: 0.00 | | |
| Amerant | Checking | 7006 |
| Balance: 0.00 | | |
| Amerant | Checking | 1406 |
| Balance: 100.00 | | |
| Citizens Bank | Checking | 5053 |
| Balance: 0.00 | | |
| Citizens Bank | Checking | 6491 |
| Balance: 0.00 | | |

**77) Other property of any kind not already listed**

| General description | Current value |
|---|---|
| InterCo Receivable due from Landmark Hospital of Savannah, LLC | 6,695.79 |
| InterCo Receivable due from Landmark Hospital of Joplin, LLC | 142,554.00 |

**Fill in this information to identify the case:**

Debtor name _____ Landmark Hospital of Columbia, LLC

United States Bankruptcy Court for the: __Middle District of Florida__

Case number (If known): ___2:25-bk-00402___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Amerant Bank, N.A.<br><br>Creditor's mailing address<br>220 Alhambra Cir<br>Suite 206, Miami, FL 33144<br><br>Creditor's email address, if known<br><br>Date debt was incurred  12/9/2020<br>Last 4 digits of account number<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | **Describe debtor's property that is subject to a lien**<br>All Assets<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 31,286,816.42 | $ Undetermined |
| **2.2** Creditor's name<br><br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>Last 4 digits of account number<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                                           $ 31,286,816.42

Debtor    Landmark Hospital of Columbia, LLC
_____
Name

Case number (*if known*) 2:25-bk-00402
_____

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor     Landmark Hospital of Columbia, LLC

United States Bankruptcy Court for the:   Middle District of Florida

Case number   2:25-bk-00402
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
City of Columbia
701 E. BROADWAY
PO BOX 1676
Columbia, MO 65205

As of the petition filing date, the claim is: $ 400.00     $ 400.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | Landmark Hospital of Columbia, LLC | Case number *(if known)* | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
3M
2807 PAYSPHERE CIR
CHICAGO, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade payable

**$ 11,311.53**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

**$ 4.82**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

**$ 27.34**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

**$ 230.02**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

**$ 3.22**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

**$ 1.61**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

ACCELERATED MEDICAL STAFFING
1939 WENTZVILLE PKWY STE 165
WENTZVILLE, MO 63385

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 34,209.00

---

**3.8** Nonpriority creditor's name and mailing address

ADVANTIS MEDICAL STAFFING LLC
20 SUNNYSIDE AVE STE E
MILL VALLEY, CA 94941

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 9,402.40

---

**3.9** Nonpriority creditor's name and mailing address

AGILE CONSULTING GROUP, INC
7535 S. SPALDING LAKE DR.
ATLANTA, GA 30350

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13,661.46

---

**3.10** Nonpriority creditor's name and mailing address

AIRGAS USA, LLC.
PO BOX 734672
DALLAS, TX 75373

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 26,857.75

---

**3.11** Nonpriority creditor's name and mailing address

ALL CLEAR PUMPING AND SEWER
PO BOX 823
JEFFERSON CITY, MO 65102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 300.00

---

Debtor    Landmark Hospital of Columbia, LLC
          Name

Case number (if known)    2:25-bk-00402

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

ALLIED-CERTIFIED MEDICAL WASTE
2600 W EXECUTIVE PARKWAY STE 300
LEHI, UT 84043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,500.00

---

**3.13** Nonpriority creditor's name and mailing address

AMEREN MISSOURI
PO BOX 88068
CHICAGO, IL 60680

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,441.29

---

**3.14** Nonpriority creditor's name and mailing address

ANALYTICAL PATHOLOGY SERVICE
10990 NEW HALLS FERRY RD
STE J BOX 104
SAINT LOUIS, MO 63136

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 15,600.00

---

**3.15** Nonpriority creditor's name and mailing address

APPLICHAT LIMITED
7 LAPWING PARK
NEWTOWNARDS, UK

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 406.60

---

**3.16** Nonpriority creditor's name and mailing address

ASCEND CLINICAL, LLC
PO BOX 45021
SAN FRANCISCO, CA 94145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,406.57

---

| Debtor | Landmark Hospital of Columbia, LLC | Case number *(if known)* | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 17   **Nonpriority creditor's name and mailing address**

BAXTER HEALTHCARE CORP
PO BOX 70564
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 42,890.28

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 18   **Nonpriority creditor's name and mailing address**

BEMES, INC.
808 SUN PARK DRIVE
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,108.55

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 19   **Nonpriority creditor's name and mailing address**

BOONE HEALTH LAB SERVICES
1600 EAST BROADWAY, BOX 17
COLUMBIA, MO 65201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 114,418.90

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 20   **Nonpriority creditor's name and mailing address**

BOONE HOSPITAL CENTER
PO BOX 957935
ST. LOUIS, MO 63195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,422.24

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 21   **Nonpriority creditor's name and mailing address**

CAREFUSION SOLUTIONS LLC
PYXIS PRODUCTS
25082 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,906.24

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    Landmark Hospital of Columbia, LLC _____    Case number (if known) 2:25-bk-00402
         Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3. 22**    **Nonpriority creditor's name and mailing address**

CENTERS FOR MEDICARE & MEDICAID
SERVICES
PO BOX 8788
MADISON, WI 53708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued PIP repayment

$ 2,380,744.08

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 23**    **Nonpriority creditor's name and mailing address**

CHARLES KONTOR WIREDU MD
5102 BEACON FALLS DR
COLUMBIA, MO 65203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 1,500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 24**    **Nonpriority creditor's name and mailing address**

CHECKR INC
1 MONTGOMERY ST, SUITE 2400
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 121.80

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 25**    **Nonpriority creditor's name and mailing address**

CITY OF COLUMBIA
701 E. BROADWAY
PO BOX 1676
COLUMBIA, MO 65205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 11,392.84

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 26**    **Nonpriority creditor's name and mailing address**

CLINICAL SOLUTIONS
1900 SCHUETZ ROAD
ST. LOUIS, MO 63146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 625.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

| Debtor | Landmark Hospital of Columbia, LLC | Case number *(if known)* 2:25-bk-00402 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27 Nonpriority creditor's name and mailing address**

COALITION OF LONG-TERM ACUTE
CARE HOSPITALS
21351 GENTRY DRIVE SUITE 210
STERLING, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,125.43

---

**3.28 Nonpriority creditor's name and mailing address**

CONNECTED HEALTH CARE, LLC
PO BOX 9487
TYLER, TX 75711

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 193,471.16

---

**3.29 Nonpriority creditor's name and mailing address**

CONNECTRIA, LLC
10845 OLIVE BLVD.
SAINT LOUIS, MO 63141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,916.85

---

**3.30 Nonpriority creditor's name and mailing address**

CROWN LINEN SERVICE
PO BOX 597
MEXICO, MO 65265

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 18,385.58

---

**3.31 Nonpriority creditor's name and mailing address**

CURATORS OF THE UNIVERSITY OF
PO BOX 802728
KANSAS CITY, MO 64180

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 170,083.94

---

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

DE LAGE LANDEN FINANCIAL SERV,
PO BOX 41602
PHILADELPHIA, PA 19101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,462.07

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.33** Nonpriority creditor's name and mailing address

DIGITAL 1 GROUP, LLC
112 EMERALD STAR LANE
LAFAYETTE, LA 70506

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 763.33

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.34** Nonpriority creditor's name and mailing address

DOCTEGRITY
3308 PRESTON ROAD 350-205
PLANO, TX 75093

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 791.74

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.35** Nonpriority creditor's name and mailing address

DRFIRST.COM, INC
8420 KEY WEST AVE, SUITE 101
ROCKVILLE, MD 20850

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 912.60

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.36** Nonpriority creditor's name and mailing address

DT INTERPRETING
PO BOX 65
PEWAUKEE, WI 53072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 66.15

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37    **Nonpriority creditor's name and mailing address**

DTG MEDICAL ELECTRONICS
8325 MELROSE DRIVE
LENEXA, KS 66214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,968.56

---

**3.** 38    **Nonpriority creditor's name and mailing address**

ECOLAB INC
PO BOX 70343
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 945.88

---

**3.** 39    **Nonpriority creditor's name and mailing address**

FAVORITE HEALTHCARE STAFFING
PO BOX 26225
OVERLAND PARK, KS 66225

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,204.15

---

**3.** 40    **Nonpriority creditor's name and mailing address**

FIRST-CITIZENS BANK & TRUST CO
P.O. BOX 27131, M/C FCC07
RALEIGH, NC 27611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 738.78

---

**3.** 41    **Nonpriority creditor's name and mailing address**

FOOD MANAGEMENT GROUP INC
70 JESSE DUPONT HWY
BURGESS, VA 22432

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 99,964.92

---

Debtor    Landmark Hospital of Columbia, LLC _____    Case number (if known) 2:25-bk-00402

Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** __42__   **Nonpriority creditor's name and mailing address**

FUKUDA DENSHI
BLDG C
17725 NE 65TH ST BLD
REDMOND, WA 98052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,435.22

---

**3.** __43__   **Nonpriority creditor's name and mailing address**

FULL TIME NURSE STAFFING, INC
30 NORTH GOULD STREET
SUITE R
SHERIDAN, WY 82801

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38,588.13

---

**3.** __44__   **Nonpriority creditor's name and mailing address**

FUSION MEDICAL STAFFING
P.O. BOX 30131
OMAHA, NE 68103

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33,552.56

---

**3.** __45__   **Nonpriority creditor's name and mailing address**

GENESIS HEALTHCARE ALLIANCE
2510 JONQUIL LANE
CAPE GIRARDEAU, MO 63701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,000.00

---

**3.** __46__   **Nonpriority creditor's name and mailing address**

GENIE HEALTHCARE, INC
50 MILLSTONE ROAD, BUILDING 100
SUITE 100
EAST WINDSOR, NJ 08520

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 46,465.60

---

| Debtor | Landmark Hospital of Columbia, LLC | | Case number (*if known*)  2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ___47___   **Nonpriority creditor's name and mailing address**

GORDON & REES LLP
1111 BROADWAY SUITE 1700
OAKLAND, CA 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 24,501.03

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** ___48___   **Nonpriority creditor's name and mailing address**

GROVE MEDICAL
1089 PARK WEST BLVD
GREENVILLE, SC 29611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 486.53

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** ___49___   **Nonpriority creditor's name and mailing address**

HAMILTON MEDICAL, INC.
201 EDISON WAY
UNIT A
RENO, NV 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 8,925.65

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** ___50___   **Nonpriority creditor's name and mailing address**

HEALTH CARE SYSTEM
5755 CARMICHAEL PARKWAY
MONTGOMERY, AL 36117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 2,704.70

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** ___51___   **Nonpriority creditor's name and mailing address**

HEALTHLINK, INC.
ATTN: FINANCE DEPT
PO BOX 6501
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 34,985.14

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

| Debtor | Landmark Hospital of Columbia, LLC | Case number *(if known)* | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.52** **Nonpriority creditor's name and mailing address**

HOSPITAL MEDICINE CONSULTING,
DELALI KWAME BUATSI
6305 UPPER BRIDLE BEND DR.
COLUMBIA, MO 65201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45,600.00

---

**3.53** **Nonpriority creditor's name and mailing address**

INTERMED GROUP, INC.
13301 NW US HWY 441
ALACHUA, FL 32615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,473.11

---

**3.54** **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
PO BOX 915004
DALLAS, TX 75391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,153.06

---

**3.55** **Nonpriority creditor's name and mailing address**

J&R FULLER, LLC
DBA PHARMACARE SERVICES
713 4TH ST
BLANCO, TX 78606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 623,522.34

---

**3.56** **Nonpriority creditor's name and mailing address**

JACKSON NURSE PROFESSIONALS
3452 LAKE LYNDA DRIVE
ORLANDO, FL 32817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 51,456.90

---

Debtor   Landmark Hospital of Columbia, LLC
         Name

Case number (if known) 2:25-bk-00402

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 57** Nonpriority creditor's name and mailing address

KCI USA INC
PO BOX 301557
DALLAS, TX 75303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 41,238.00

---

**3. 58** Nonpriority creditor's name and mailing address

LANDMARK HOLDINGS OF FLORIDA, LLC
2430 VANDERBILT BEACH ROAD
SUITE 108-564
NAPLES, FL 34109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** InterCo transactions

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 65,458.65

---

**3. 59** Nonpriority creditor's name and mailing address

LANDMARK HOSPITAL OF ATHENS, LLC
775 SUNSET DRIVE
ATHENS, GA 30606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** InterCo transactions

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34,394.07

---

**3. 60** Nonpriority creditor's name and mailing address

LANDMARK HOSPITAL OF CAPE GIRARDEAU, LLC
3255 INDEPENDENCE ST.
CAPE GIRARDEAU, MO 63701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** InterCo transactions

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 550,723.37

---

**3. 61** Nonpriority creditor's name and mailing address

LANDMARK HOSPITALS OF SOUTHWEST FLORIDA, LLC
1500 LEE BLVD
LEHIGH ACRES, FL 33936

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Related entity transfers

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 132,023.05

---

Debtor    Landmark Hospital of Columbia, LLC
          _____          Case number (if known) 2:25-bk-09402
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.62** Nonpriority creditor's name and mailing address

LANDMARK MANAGEMENT SERVICES OF
FLORIDA, LLC
5153 BLUEBONNET
SUITE B
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** InterCo transactions

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 6,430,087.22

---

**3.63** Nonpriority creditor's name and mailing address

LANDMARK REAL ESTATE HOLDINGS, LLC
2430 VANDERBILT BEACH ROAD
SUITE 108-564
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Obligations

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 4,286,830.67

---

**3.64** Nonpriority creditor's name and mailing address

LANDMARK REAL ESTATE HOLDINGS, LLC
2430 VANDERBILT BEACH ROAD
SUITE 108-564
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued and Unpaid Lease Payments Related to Ventas
Master Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,250,000.00

---

**3.65** Nonpriority creditor's name and mailing address

LASHLY & BAER, PC
714 LOCUST STREET
ST LOUIS, MO 63101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 227.50

---

**3.66** Nonpriority creditor's name and mailing address

LRS HEALTHCARE LLC
2655 NORTHWINDS PARKWAY
ALPHARETTA, GA 30009

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 125,700.14

---

Debtor    Landmark Hospital of Columbia, LLC    Case number (*if known*) 2:25-bk-00402

Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 67 **Nonpriority creditor's name and mailing address**

LSL INDUSTRIES, INC.
LSL HEALTHCARE
6200 W. HOWARD STREET
NILES, IL 60714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,669.60

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 68 **Nonpriority creditor's name and mailing address**

MARVEL MEDICAL STAFFING, LLC
9394 WEST DODGE ROAD
SUITE 300
OMAHA, NE 68114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 185,417.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 69 **Nonpriority creditor's name and mailing address**

MED E QUIP LOCATORS, INC
325 LEFFINGWELL AVE
KIRKWOOD, MO 63122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 76,954.91

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 70 **Nonpriority creditor's name and mailing address**

MEDIACOM
PO BOX 5744
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,436.25

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 71 **Nonpriority creditor's name and mailing address**

MEDICAL BUSINESS CONSULTANTS
11605 SOUTHFORK AVE - STE B
BATON ROUGE, LA 70816

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,309.57

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor _____Landmark Hospital of Columbia, LLC_____   Case number (*if known*)___2:25-bk-00402___
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 72  **Nonpriority creditor's name and mailing address**

MEDLINE INDUSTRIES, INC
DEPT CH 14400
PALATINE, IL 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 158,236.39

---

**3.** 73  **Nonpriority creditor's name and mailing address**

MICROAGE
15210 S. 50TH STREET, SUITE 180
PHOENIX, AZ 85044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 617.94

---

**3.** 74  **Nonpriority creditor's name and mailing address**

MIDWEST ELECTRONIC SYSTEMS INC
2000 FORUM BLVD STE 6
COLUMBIA, MO 65203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 94.00

---

**3.** 75  **Nonpriority creditor's name and mailing address**

MOBILE FEES, LLC
923 NE WOODS CHAPEL
STE 255
LEE'S SUMMIT, MO 64064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 7,505.00

---

**3.** 76  **Nonpriority creditor's name and mailing address**

MOBILEXUSA
PO BOX 62510
BALTIMORE, MD 21264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 7,339.79

---

Debtor    Landmark Hospital of Columbia, LLC

Name

Case number *(if known)* 2:25-bk-00402

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77  Nonpriority creditor's name and mailing address**

NORVIN EUGENE THOMAS MD
5914 IVORY LANE
COLUMBIA, MO 65201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,800.00

---

**3.78  Nonpriority creditor's name and mailing address**

NOVA BIOMEDICAL CORPORATION
200 PROSPECT ST
WALTHAM, MA 02453

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,915.68

---

**3.79  Nonpriority creditor's name and mailing address**

NUANCE COMMUNICATIONS
PO BOX 2561
CAROL STREAM, IL 60132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,726.00

---

**3.80  Nonpriority creditor's name and mailing address**

ORKIN PEST CONTROL
130 CONWAY DR. SUITE B
BOGART, GA 30622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 125.00

---

**3.81  Nonpriority creditor's name and mailing address**

OSAGE AMBULANCE DISTRICT
PO BOX 557
LINN, MO 65051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,326.40

---

| Debtor | Landmark Hospital of Columbia, LLC | Case number *(if known)* 2:25-bk-00402 |
|--------|--------------------------|------------------|
|  | Name |  |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **82**  **Nonpriority creditor's name and mailing address**

OUTSET MEDICAL, INC
3052 ORCHARD DR
SAN JOSE, CA 95134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32,771.34

---

**3.** **83**  **Nonpriority creditor's name and mailing address**

OZARK MECHANICAL, LLC
PO BOX 1276
LAKE OZARK, MO 65049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,230.00

---

**3.** **84**  **Nonpriority creditor's name and mailing address**

PEAK CLIMATE MECHANICAL
16850 NORTH ROUTE Z
CENTRALIA, MO 65240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24,118.85

---

**3.** **85**  **Nonpriority creditor's name and mailing address**

PEAK MOBILE VASCULAR OF MIDWES
2042 S BRENTWOOD BLVD
SPRINGFIELD, MO 65804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,835.00

---

**3.** **86**  **Nonpriority creditor's name and mailing address**

PITNEY BOWES INC.
PO BOX 371896
PITTSBURGH, PA 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35.00

---

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.87** **Nonpriority creditor's name and mailing address**

PLANSOURCE BENEFITS ADMIN INC
PO BOX 932330
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,876.89

---

**3.88** **Nonpriority creditor's name and mailing address**

PRN HEALTHCARE CONSULTANTS
50647 TROUT RD
MILAN, MO 63556

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,150.00

---

**3.89** **Nonpriority creditor's name and mailing address**

PROLINK HEALTHCARE, LLC
4600 MONTGOMERY RD, SUITE 300
CINCINNATI, OH 45212

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 60,276.19

---

**3.90** **Nonpriority creditor's name and mailing address**

QUALITY CUT LAWN CARE
600 HILLSDALE RD. SUITE 104
COLUMBIA, MO 65201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,480.00

---

**3.91** **Nonpriority creditor's name and mailing address**

QUENCH USA, INC
630 ALLENDALE RD STE 200
KING OF PRUSSIA, PA 19406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 984.19

---

Debtor  Landmark Hospital of Columbia, LLC
        Name                                          Case number (if known) 2:25-bk-00402

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.92 Nonpriority creditor's name and mailing address**

RICOH, USA INC
PO BOX 660342
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,900.23

---

**3.93 Nonpriority creditor's name and mailing address**

ROYAL PAPERS
PO BOX 39922
2701 HEREFORD STREET
SAINT LOUIS, MO 63139

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 141.97

---

**3.94 Nonpriority creditor's name and mailing address**

SANDBERG PHOENIX & VON GONTARD
PO BOX 66726
ST. LOUIS, MO 63166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 801.00

---

**3.95 Nonpriority creditor's name and mailing address**

SLICED HEALTH
151 E MARIETTA ST. SUITE D
CANTON, GA 30114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,800.00

---

**3.96 Nonpriority creditor's name and mailing address**

SOUTH WESTERN COMM INC
4871 ROSEBUD LANE
NEWBURGH, IN 47630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,490.52

---

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

### 3.97 Nonpriority creditor's name and mailing address

STAFF-SMART MEDICAL STAFF
P.O. BOX 7971
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 69,971.10

### 3.98 Nonpriority creditor's name and mailing address

STAPLES ADVANTAGE
DEPT DET
PO BOX 660409
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,168.23

### 3.99 Nonpriority creditor's name and mailing address

STERICYCLE INC
PO BOX 6582
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,282.00

### 3.100 Nonpriority creditor's name and mailing address

SUPPLEMENTAL HEALTH CARE
SHC SERVICES, INC
PO BOX 677896
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 117,344.72

### 3.101 Nonpriority creditor's name and mailing address

SUPPLY CHAIN SOLUTIONS
200 FIRST STREET SW
ROCHESTER, MN 55905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 616.73

Debtor    Landmark Hospital of Columbia, LLC
          Name                                          Case number (if known)    2:25-bk-00402

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **102**  **Nonpriority creditor's name and mailing address**

SYSCO KANSAS CITY INC.
1915 KANSAS CITY RD
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 30,277.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** **103**  **Nonpriority creditor's name and mailing address**

TFG BILLING LLC
19614 S MUIRFIELD CIRCLE
BATON ROUGE, LA 70810

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 58,542.96

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** **104**  **Nonpriority creditor's name and mailing address**

TFG COST REPORTS, LLC
ALEXIS FREEMAN
19614 SOUTH MUIRFIELD CIRCLE
BATON ROUGE, LA 70810

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 8,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** **105**  **Nonpriority creditor's name and mailing address**

THE FILE ROOM
4107 RIDER TRAIL N
EARTH CITY, MO 63045

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 225.85

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.** **106**  **Nonpriority creditor's name and mailing address**

TRI-ANIM HEALTH SERVICES
25197 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 219.60

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Debtor  Landmark Hospital of Columbia, LLC  _____  Case number (*if known*) 2:25-bk-00402
         Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 107   **Nonpriority creditor's name and mailing address**

UNITED CARE TRANSPORT LLC
1728 JESSE JAMES CT
BOONVILLE, MO 65233

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 865.23

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 108   **Nonpriority creditor's name and mailing address**

UPTODATE
230 3RD AVE
WALTHAM, MA 02451

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,081.46

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 109   **Nonpriority creditor's name and mailing address**

US MED-EQUIP, INC
PO BOX 4339
HOUSTON, TX 77210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64,662.14

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 110   **Nonpriority creditor's name and mailing address**

VAN DE VEN, LLC
PO BOX 1090
CAPE GIRARDEAU, MO 63702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,895.05

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 111   **Nonpriority creditor's name and mailing address**

VENOPS, INC
1395 SOUTH MARIETTA PKWY,
BLDG 400 STE 104
MARIETTA, GA 30067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,666.65

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 112  **Nonpriority creditor's name and mailing address**

WELLSKY CORPORATION
11300 SWITZER ROAD
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 8,640.01

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 113  **Nonpriority creditor's name and mailing address**

WELLSKY HCS
PO BOX 204176
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 12,048.51

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   Landmark Hospital of Columbia, LLC _____   Case number *(if known)* 2:25-bk-00402 _____
     Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 400.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 20,122,700.37 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 20,123,100.37 |

**Fill in this information to identify the case:**

Debtor name    Landmark Hospital of Columbia, LLC

United States Bankruptcy Court for the:    Middle District of Florida

Case number (If known):    2:25-bk-00402        Chapter    11

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Amendment to the Missouri Hosp. Mutual Aid agreement. Signed 2015<br>Purchaser | MO. Hospital Mutual aid agree amendment |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Printer / Copier lease agreement<br>Purchaser<br><br>Auto Renewal | BDS - Kyocera ECOSYS<br>417 South Street<br>Suite 9<br>Marlborough, MA, 01752 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lawn Care and Snow Removal<br>Purchaser<br><br>Auto Renewal | Grizzly lawn and snow 2023<br>PO Box 7960<br>Columbia, MO, 65205 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Program for providing access to provider networks, PPO, HMMO, Health care plans<br>Purchaser<br>Auto Renewal | Health Link<br>1831 Chestnut St<br>Saint Louis, MO, 63103 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Missouri Care inc. Health pla. 2016 ID 1048294<br>Purchaser<br><br>Auto Renewal | Health Plan<br>133 South 11th Street<br>Suite 200<br>Saint Louis, MO, 63102 |

| Debtor | Landmark Hospital of Columbia, LLC | | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|---|
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | MR storage Purchaser | Iron Mountain 2 Sun Court Norcross Norcross, GA, 30092 |
| | State the term remaining | Auto Renewal | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Hardware purchases and software license agreement Purchaser | Healthland. Inc 625 South Lake Shore Dr Glenwood, MN, 56334 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Disposal of medical waste Purchaser | Allied Medical Waste 2600 W Executive Pkwy Ste 300 Lehi, UT, 84043 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Cylinder Rentals Purchaser | Airgas 1605 Copper Rd Holts Summit, MO, 65043 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | PMm services Purchaser | InterMed 13301 US HWY 441 Alachua, FL, 32615 |
| | State the term remaining | 52 Days | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Executed ICD-10 amendment to the agtreement between HealthLink Inc. and LMH Columbia Purchaser | Healthlink 1831 Chestnur St Saint Louis, MO, 63103 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Generator inspections Purchaser | Johnson controls columbia inspections 11360 Lackland Saint Louis, MO, 63146 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | QIO for Missouri<br>Purchaser<br><br>Auto Renewal | Levanta<br>5700 Lombardo Center Drd<br>Suite 100<br>Independence, OH, 44131 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Supplies<br>Purchaser<br><br>Auto Renewal | Grainger<br>808 N Cedarbrook Ave.<br>Springfield, MO, 65802 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Cable Television Service<br>Purchaser<br><br>Auto Renewal | Media Com<br>1211 Wilkes Blvd<br>Columbia, MO, 65201 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IC prevention solutions program agreement with MedLine. Signed in 2023<br>Purchaser<br>Auto Renewal | Med Line IC<br>Three Lakes Dr<br>Winnetka, IL, 60093 |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Missouri Hospital association. Signed in 2009<br>Purchaser<br><br>Auto Renewal | MHA-MDMS of the MO. Depart. SS admin. Federal reimbursement allowance program<br>PO Box 6766<br>Jefferson City, MO, 65102 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Aid in disasters. Statewide hospital mutual aid agreement. Signed 2011<br>Purchaser<br><br>Auto Renewal | Missouri Hospital mutual aid agreement |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Pest Control<br>Purchaser | Orkin services<br>1020 Main Street<br>Imperial, MO, 63052 |

| Debtor | Landmark Hospital of Columbia, LLC | Case number *(if known)* | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase power effective 2021. for pitney bowes | Pitney bowes purschase power only agreement |
| | | Purchaser | 27 Waterview Dr |
| | **State the term remaining** | Auto Renewal | Shelton, CT, 06484 |
| | **List the contract number o any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Heating and AC services | Peak Climate heating and AC |
| | | Purchaser | 16850 North Route Z |
| | **State the term remaining** | Auto Renewal | Centralia, MO, 65240 |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Preferred provider program - Blue Access PPO program | Right CHOICE |
| | | Purchaser | 1831 Chestnut St |
| | **State the term remaining** | Auto Renewal | Saint Louis, MO, 63103 |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Trash dumpster in 2009 | Roll off dumpster city of columbia |
| | | Purchaser | 701 E Broadway PO Box 6015 |
| | **State the term remaining** | Auto Renewal | Columbia, MO, 65205 |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Shredding services for confidential papers | Shred it addendum |
| | | Purchaser | 28883 Network Place |
| | **State the term remaining** | Auto Renewal | Chicago, IL, 60673 |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | food and services | Sysco food and services |
| | | Purchaser | 1915 Kansas City road |
| | **State the term remaining** | Auto Renewal | Olathe, KS, 66061 |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Test control services signed 2010 | Steves pest control |
| | | Purchaser | 190 N Greenway |
| | **State the term remaining** | Auto Renewal | Holts Summit, MO, 65043 |
| | **List the contract number of any government contract** | | |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** Sparkling water tower rental agreement 2019 Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number o any government contract** | Waterlogic agreement-Culligan Quench 630 Allendale Road Suite 200 King Of Prussia, PA, 19406 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** Lease for postage machines Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Pitney Bowes Commercial Lease agreement 27 Waterview Dr Shelton, CT, 06484 |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** Staffing services-addenum Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Accelerated Medical Staffing PO Box 4729 Winter Park, FL, 32793 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** Staffing services Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | RT Advantis Medical staffing 13155 Noel Rd Suite 300 Dallas, TX, 75240 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** Staffing services Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Connected Healthcare PO Box 9487 Tyler, TX, 75711 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** Staffing services Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Full Time Nurse Staffing Inc. 30 North Gould Street STE R Sheridan, WY, 82801 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** Staffing services Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Fusion Medical Staffing PO Box 30131 Omaha, NE, 68103 |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Staffing services<br>Purchaser<br><br>Auto Renewal | Genie Healthcare staffing<br>50 Millstone Road<br>Hightstown, NJ, 08520 |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Staffing services<br>Purchaser<br><br>Auto Renewal | Marvel Medstaff staffing<br>PO Box 2011424<br>Dallas, TX, 75320 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lab services. Environmental lab<br>Purchaser<br><br>Auto Renewal | ASCEND Laboratory Services<br>Ascend Clinical, LLC PO Box 45021<br>San Francisco, CA, 94145 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Blood bank-blood products<br>Purchaser<br><br>Auto Renewal | Boone Blood Bank agreement<br>Boone Hospital center PO Box 804402<br>Kansas City, MO, 64180 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Staffing services<br>Purchaser<br><br>Auto Renewal | Gifted Healthcare<br>PO Box 205426<br>Dallas, TX, 75320 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Staffing services<br>Purchaser<br><br>Auto Renewal | Jackson Nurse Professionals<br>Atlanta, GA, 30384 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Placement for management<br>Purchaser<br><br>One Time | Leaderstat Ltd<br>1322 B Manning Pkwy<br>Powell, OH, 43065 |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Staffing services<br>Purchaser<br><br>Auto Renewal | LRS Health care staffing nurses<br>Wells Fargo PO Box 850349<br>Minneapolis, MN, 55485 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Staffing services<br>Purchaser<br><br>Auto Renewal | Staff Smart<br>PO Box 7971<br>Carol Stream, IL, 60197 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Staffing services<br>Purchaser<br><br>Auto Renewal | maxim MHSS Rate Amendment<br>12558 Collections Center Drive<br>Chicago, IL, 60693 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Staffing services<br>Purchaser<br><br>Auto Renewal | Medical Solutions Aureus<br>PO Box 850737<br>Minneapolis, MN, 55485 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Staffing services<br>Purchaser<br><br>Auto Renewal | New Era Healthcare stafing<br>PO Box 789087<br>Philadelphia, PA, 19178 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Staffing services<br>Purchaser<br><br>Auto Renewal | Prolink Staffing<br>PO Box 789426<br>Philadelphia, PA, 19178 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | RT staffing services<br>Purchaser<br><br>Auto Renewal | RRT Accelerated Staffing<br>PO Box 4729<br>Winter Park, FL, 32793 |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | All Nursing clinical staffing services Purchaser | Superior Blessings 303N Stadium Blvd STE 205 Columbia, MO, 65203 |
| | State the term remaining | Auto Renewal | |
| | List the contract number o any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Staffing services Purchaser | Supplemental Healthcare corp SHC Services Inc. PO Box 677896 Dallas, TX, 75267 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Staffing services Purchaser | Updated Diamond contract-all clinical staff. Signature Staff Resources LLC 1460 T L Townsend DR #104 Rockwall, TX, 75032 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Reference lab Purchaser | Boone Hospital Boone Hospital Center 1600 E Broadway Columbia, MO, 65201 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Reference lab Purchaser | Boone Hospital Boone Hospital center PO Box 804402 Kansas City, MO, 64180 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Medical Equipment Purchaser | Baxter Equipment PO Box 70564 Chicago, IL, 60673 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Respiratory Rental Purchaser | Bemes Inc. Rental 808 Sun Park Drive Fenton, MO, 63026 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | ACLS, BLS provider Purchaser | PRN Healthcare consultants LLC 50647 Trout Road Milan, MO, 63556 |
| | State the term remaining | Auto Renewal | |
| | List the contract number o any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Blood bank-blood products Purchaser | Boone Blood Bank agreement Boone Hospital Center 1600 E Broadway Columbia, MO, 65201 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Clinical and ancillary support services Purchaser | Boone Hospital Center SSAS Boone Hospital Center 1600 E Broadway Columbia, MO, 65201 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Clinical and ancillary support services Purchaser | Boone Hospital Center SSAS Boone Hospital center PO Box 804402 Kansas City, MO, 64180 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Imaging services for reading Purchaser | Boone Hospital PAC's Storage Boone Hospital Center 1600 E Broadway Columbia, MO, 65201 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Imaging services for reading Purchaser | Boone Hospital PAC's Storage Boone Hospital center PO Box 804402 Kansas City, MO, 64180 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Covered entity agreement Purchaser | Boone Hospital X-Ray Storage Boone Hospital Center 1600 E Broadway Columbia, MO, 65201 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Covered entity agreement<br>Purchaser | Boone Hospital X-Ray Storage<br>Boone Hospital center PO Box 804402<br>Kansas City, MO, 64180 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Radiology on site and off site<br>Purchaser | Boone Hospital Radiology services agreement<br>Boone Hospital Center 1600 E Broadway<br>Columbia, MO, 65201 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Radiology on site and off site<br>Purchaser | Boone Hospital Radiology services agreement<br>Boone Hospital center PO Box 804402<br>Kansas City, MO, 64180 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Allied services provided signed in 2011<br>Purchaser | Boone Hospital Allied Services<br>Boone Hospital Center 1600 E Broadway<br>Columbia, MO, 65201 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Allied services provided signed in 2011<br>Purchaser | Boone Hospital Allied Services<br>Boone Hospital center PO Box 804402<br>Kansas City, MO, 64180 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Accreditation services<br>Purchaser | CIHQ Contract<br>PO Box 1540<br>Mexia, TX, 76667 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Hospice services<br>Purchaser | Corrected Compassus Hospice Renewal<br>3050 I-70 Dr SE<br>Columbia, MO, 65201 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | FMG Café Entegra Health trust Purchaser | Ecolab Inc. PO Box 70343 Chicago, IL, 60673 |
| | State the term remaining | Auto Renewal | |
| | List the contract number o any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | ACLS & BLS services Purchaser | Life Saving Hands LLC 900 County Road 245 Armstrong, MO, 65230 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Dosimetry services for radiation monitoring. Signed 2024 Purchaser | Landauer 2 Science Road Glenwood, IL, 60425 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Linen services Purchaser | Crown Linen PO Box 597 Mexico, MO, 65265 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Mobile X ray services Purchaser | Mobile X -Trident Care PO Box 825789 Philadelphia, PA, 19182 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Equipment rental Purchaser | Med-E Quip Locators. CS clinical Solutions 325 Leffiingwell Ave. Saint Louis, MO, 63122 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Language line Purchaser | DR Interpreting Services PO Box 5283 Elm Grove, WI, 53122 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Hospital of Columbia, LLC | Case number *(if known)* | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Transportation Purchaser<br><br>Auto Renewal | Equal Transportation services<br>5081 N Burning Bush Rd<br>Columbia, MO, 65202 |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Food services Purchaser<br><br>Auto Renewal | FMG services<br>70 Jesse Dupont Memorial Hwy<br>Burgess, VA, 22432 |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Missouri reporting program-Master Data Purchaser<br><br>Auto Renewal | HIDI Master Services agreement-Hospital Industry Data Institute<br>Senior VP of Research, Data & Information Services<br>Hospital Industry Data Institute PO Box 60<br>Jefferson City, MO, 65102 |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Therapeutic support surfaces specialty mattresses Purchaser<br><br>Auto Renewal | KCI pricing acknowledgment<br>PO Box 301557<br>Dallas, TX, 75303 |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Blood bank Purchaser<br><br>Auto Renewal | Landmark hospital service agreement for blood--BHC service agreement<br>Boone Hospital Center 1600 E Broadway<br>Columbia, MO, 65201 |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | OPO Purchaser<br><br>Auto Renewal | Midwest transplant<br>1900 West 47th Place<br>Suite 400<br>Shawnee Mission, KS, 66205 |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Speech/studies . Signed 2016 Purchaser<br><br>Auto Renewal | Mobile FEES-Swallowing studies<br>923 NE Wsoods Chapel Rd<br>STE 255<br>Lees Summit, MO, 64064 |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | Claims, UB40 HCFA 1500,employer health plan<br>Purchaser<br><br>Auto Renewal | Multiplan landmark hospital<br>Multiplan Inc. Service Operatons Dept 1100 Winter Street<br>Waltham, MA, 02451 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Tablo Maintenace Agreement<br>Purchaser<br><br>236 Days | Outset Medical Service agreement N000070 Modified<br>1830 Bering Dr<br>San Jose, CA, 95112 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Patient Transport<br>Purchaser<br><br>Auto Renewal | Patient Transfer Agreement with Boone Hospital Center<br>Boone Hospital Center 1600 E Broadway<br>Columbia, MO, 65201 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPO eye donation agreement<br>Purchaser<br><br>Auto Renewal | Saving Sight<br>10560 N Ambassador Dr.<br>Suite 210<br>Kansas City, MO, 64153 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Radiology, PACS, surgical services, imaging<br>Purchaser<br><br>Auto Renewal | The Curators of the University of Missouri<br>PO Box 802728<br>Kansas City, MO, 64180 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Ancillary out patient services.<br>Purchaser<br><br>Auto Renewal | The Curators of the University of Missouri<br>PO Box 802728<br>Kansas City, MO, 64180 |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Transport to University<br>Purchaser<br><br>Auto Renewal | Patient Transfer Agreement with University of Missouri<br>Curators of the university One Hosital Dr.<br>Columbia, MO, 65212 |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (*if known*) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** Pharmacy services Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number o any government contract** | Pharmacare Addendum 11-1-12 to 10-31-15<br>777 E Sonterra Blvd<br>Suite 300<br>San Antonio, TX, 78258 |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** Pharmacy services Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Pharmacare Contract - Columbia (2)<br>777 E Sonterra Blvd<br>Suite 300<br>San Antonio, TX, 78258 |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** Signed 2024. soap and sanitizers Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Medline hand Hygiene dispensers<br>Three Lakes Dr<br>Winnetka, IL, 60093 |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** Transport to University Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Patient Transfer Agreement with University of Missouri<br>PO Box 802728<br>Kansas City, MO, 64180 |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** Pharmacy services Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Pharmacare Master Agreement (Fuller-Selle) addendum<br>777 E Sonterra Blvd<br>Suite 300<br>San Antonio, TX, 78258 |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** Life safety systems services Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Siemens industry-fire alarms & other<br>Siemens Industry Inc. 11612 Libum Park Rd<br>Saint Louis, MO, 63146 |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** Dialysis equipment agreement . Signed 2022 Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Tablo contract<br>3052 Orchard Dr<br>San Jose, CA, 95134 |

| Debtor | Landmark Hospital of Columbia, LLC | Case number *(if known)* | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2._97_ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | Ancillary service support<br>Purchaser<br><br>Auto Renewal | The Curators of the University of Missouri- University Ancillary services<br>Curators of the university One Hosital Dr.<br>Columbia, MO, 65212 |
| 2._98_ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2010 signed. University agreement for ambulance services<br>Purchaser<br><br>Auto Renewal | The Curators of the University of Missouri - University Hosital Ambulance services<br>Curators of the university One Hosital Dr.<br>Columbia, MO, 65212 |
| 2._99_ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2010 signed. University agreement for ambulance services<br>Purchaser<br><br>Auto Renewal | The Curators of the University of Missouri - University Hosital Ambulance services<br>PO Box 802728<br>Kansas City, MO, 64180 |
| 2._100_ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | University transfer for patients. Signed 2009<br>Purchaser<br><br>Auto Renewal | The Curators of the University of Missouri - University Hospital ancillary services agreement amended and restated<br>Curators of the university One Hosital Dr.<br>Columbia, MO, 65212 |
| 2._101_ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | University transfer for patients. Signed 2009<br>Purchaser<br><br>Auto Renewal | The Curators of the University of Missouri - University Hospital ancillary services agreement amended and restated<br>Curators of the university One Hosital Dr.<br>Columbia, MO, 65212 |
| 2._102_ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | University transfer for patients. Signed 2009<br>Purchaser<br><br>Auto Renewal | The Curators of the University of Missouri - University Hospital ancillary services agreement amended and restated<br>Curators of the university One Hosital Dr.<br>Columbia, MO, 65212 |
| 2._103_ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | University transfer for patients. Signed 2009<br>Purchaser<br><br>Auto Renewal | The Curators of the University of Missouri - University Hospital ancillary services agreement amended and restated<br>PO Box 802728<br>Kansas City, MO, 64180 |

| Debtor | Landmark Hospital of Columbia, LLC | Case number *(if known)* | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Ancillary out patient services. Signed 2023 Purchaser | The Curators of the University of Missouri - University Patient transfer agreement Curators of the university One Hosital Dr. Columbia, MO, 65212 |
| | State the term remaining | Auto Renewal | |
| | List the contract number o any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Medical Equipment- Respiratory Purchaser | USME PO Box 4339 Houston, TX, 77210 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Contract Agent | Aetna PO Box 981106 El Paso, TX, 79998 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Contract Agent | Ambetter By Home State Health Plan 11720 Borman Drive Saint Louis, MO, 63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Contract Agent | Anthem BCBS of Missouri PO Box 65205 Columbia, MO, 65205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Contract Agent | Anthem Healthy Blue PO Box 533 North Haven, CT, 06473 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Contract Agent | Cigna PO Box 182223 Chattanooga, TN, 37422 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** Insurance Contract Agent | Corvel Work Comp PO Box 12250 Shawnee Mission, KS, 66282 |
| | **State the term remaining** | |
| | **List the contract number o any government contract** | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** Insurance Contract Agent | Essence Healthcare PO Box 12250 Shawnee Mission, MO, 66282 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** Insurance Contract Agent | Healthlink PO Box 419104 Saint Louis, MO, 63141 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** Insurance Contract Agent | Missouri Medicaid PO Box 5100 Jefferson City, MO, 65102 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** Insurance Contract Agent | Mitchel Nhq Prompt Pay 110 Theory Irvine, CA, 92617 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** Insurance Contract Agent | Multiplan 115 5th Avenue New York, NY, 10003 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** Insurance Contract Agent | One Call 841 Prudential Drive Suite 204 Jacksonville, FL, 32207 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Insurance Contract Agent | Paradigm Specialty Network<br>4890 W Kennedy Blvd<br>Suite 650<br>Tampa, FL, 33609 |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | Prime Health Services<br>7110 Crossroads Blvd<br>Suite 100<br>Brentwood, TN, 37027 |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | Three Rivers Provider Network<br>1620 Fifth Avenue<br>Suite 900<br>San Diego, CA, 92101 |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | Tricare Wps/West Region<br>PO Box 77028<br>Madison, WI, 53707 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | United Health Care<br>PO Box 740800<br>Atlanta, GA, 30374 |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | VA CCN Optum<br>PO Box 202117<br>Florence, SC, 29502 |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | Wellcare<br>113 South 11th Street<br>Suite 200<br>Saint Louis, MO, 63102 |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Contract Agent | WPS Health Solutions PO Box 8890 Madison, WI, 53708 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | PPO Agreement Purchaser | ADP TotalSource 1 Penn Plz New York, NY, 10199 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Lab Services Purchaser | Analytical Pathology Services 10990 New Halls Ferry Road Suite J, Box 104 Saint Louis, MO, 63136 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Landmark Real Estate Holdings LLC Master Lease Lessee | Ventas, Inc. 300 North LaSalle Street, Suite 1600 Chicago, IL, 60654 |
| | State the term remaining | Originally dated 8/12/2010 | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Management Service Agreement Purchaser | LANDMARK MANAGEMENT SERVICES OF FLORIDA, LLC 8171 BAY COLONY DRIVE Unit 902 NAPLES, FL, 34108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Landmark Hospital of Columbia, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Middle District of Florida</td></tr>
<tr><td>Case number (If known):</td><td>2:25-bk-00402</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Landmark Hospital of Athens, LLC | 775 Sunset Drive<br>Athens, GA 30606 | Amerant Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Landmark Hospital of Cape Girardeau, LLC | 3255 Independence St.<br>Cape Girardeau, MO 63701 | Amerant Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Landmark Hospital of Joplin, LLC | 2040 West 32nd St.<br>Joplin, MO 64804 | Amerant Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Landmark Hospital of Savannah, LLC | 800 E 68th St.<br>Savannah, GA 31405 | Amerant Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Landmark Rehabilitation Hospital of Columbia, LLC | 604 Old 63 N.<br>Columbia, MO 65201 | Amerant Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Landmark Management Services of Florida, LLC | 5153 Bluebonnet<br>Suite B<br>Baton Rouge, LA 70809 | Amerant Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Landmark Hospital of Columbia, LLC
_____
Name

Case number (if known) 2:25-bk-00402
_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7  Landmark Holdings of Florida, LLC | 2430 Vanderbilt Beach Road Suite 108-564 Naples, FL 34109 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  Landmark Hospital of Columbia, LLC

United States Bankruptcy Court for the:  Middle District          District of  Florida
                                                                   (State)

Case number (*If known*):  2:25-bk-00402

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/22/2025                    ✖ /s/ M. Bryan Day
              MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                              M. Bryan Day
                                              Printed name

                                              CEO
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Landmark Hospital of Columbia, LLC___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): ___2:25-bk-00402___

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other | $ 7,732,750.45 |
| **For prior year:** | From 01/01/2024 MM / DD / YYYY | to | 12/31/2024 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 41,423,610.00 |
| **For the year before that:** | From 01/01/2023 MM / DD / YYYY | to | 12/31/2023 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 43,124,749.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 MM / DD / YYYY | to | Filing date | Interest Income | $ 232.00 |
| **For prior year:** | From 01/01/2024 MM / DD / YYYY | to | 12/31/2024 MM / DD / YYYY | Interest Income | $ 14,342.00 |
| **For the year before that:** | From 01/01/2023 MM / DD / YYYY | to | 12/31/2023 MM / DD / YYYY | Interest Income | $ 161,215.00 |

| Debtor | Landmark Hospital of Columbia, LLC | Case number *(if known)* | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐  None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Exhibit - Item 3 <br> Creditor's name | | $ 5,829,207.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____ <br> Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑  None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> Insider's name | _____ <br> _____ <br> _____ | $_____ | |
| | **Relationship to debtor** <br> _____ | | | |
| 4.2. | _____ <br> Insider's name | _____ <br> _____ <br> _____ | $_____ | |
| | **Relationship to debtor** <br> _____ | | | |

Debtor    Landmark Hospital of Columbia, LLC
_____    Case number (*if known*) 2:25-bk-00402
Name    _____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ruth Weaver v. Landmark Hospital of Columbia and Wound Care Plus | Medical Negligence/Wrongful Death from pressure ulcer/infection | Boone County Circuit Court, Missouri | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** 22BA-CV02504 _____ | | | |
| 7.2. | **Case title** _____ | | **Court or agency's name and address** | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** _____ | | | |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|--------|-----------------------------------|------------------------|---------------|
|        | Name | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |
| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    Landmark Hospital of Columbia, LLC
_____
          Name

Case number *(if known)* 2:25-bk-00402
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | Landmark Hospital of Columbia, LLC | Case number (if known) | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☑ diagnosing or treating injury, deformity, or disease, or

☑ providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Landmark Hospital of Columbia, LLC <br> Facility name | Long-term acute care and other healthcare services. | 35 |
| | 604 Old 63 N. <br> Columbia, MO 65201 | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | 1) Iron Mountain - 2 Sun Court Norcross, GA 30092; 2) File Room - 4107 Rider Trail NO Earth City, MO 63045 | *Check all that apply:* <br> ☑ Electronically <br> ☑ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | <br> Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Medical Records Information, Social Security Number, Date of Birth, etc.

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _____ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

Debtor    Landmark Hospital of Columbia, LLC
Name

Case number (if known) 2:25-bk-00402

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| **Address** | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Iron Mountain Name 2 Sun Court Norcross, GA 30092 | Bryan Day, Craig Boudreaux, Tracy LaRose | Medical Records | ☐ No ☑ Yes |
| **Address** 2430 Vanderbilt Beach Road Suite 108-564 Naples, FL 34109 | | | |

| Debtor | Landmark Hospital of Columbia, LLC | Case number *(if known)* | 2:25-bk-00402 |
|---|---|---|---|
| | Name | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

Debtor    Landmark Hospital of Columbia, LLC
_____
Name

Case number *(if known)* 2:25-bk-00402
_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____  To _____ |
| 25.2. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____  To _____ |
| 25.3. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____  To _____ |

Debtor    Landmark Hospital of Columbia, LLC
_____
          Name

Case number (if known)  2:25-bk-00402
          _____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Andrew Goodman, Director of Accounting & Treasury<br>Name<br>3255 Independence St., Cape Girardeau, MO 63701 | From 01/01/2014<br><br>To _____ |
| 26a.2. Mary David, Accounting Manager<br>Name<br>3255 Independence St., Cape Girardeau, MO 63701 | From 01/01/2022<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Miller & Company LLP (Auditor)<br>Name<br>2831 Ringling Boulevard Suite 204-B, Sarasota, FL 34237 | From 01/01/2021<br>To 12/31/2024 |
| 26b.2.<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Miller & Company LLP<br>Name<br>2831 Ringling Boulevard Suite 204-B, Sarasota, FL 34237 | |

---

Debtor    Landmark Hospital of Columbia, LLC
_____
Name

Case number (*if known*) 2:25-bk-00402
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    Tracy LaRose, CFO
_____
Name
3255 Independence St., Cape Girardeau, MO 63701

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    SILA
_____
Name
P.O. Box 714500, Cincinnati, OH 45271-1500

| Name and address |
|---|

26d.2.    Ventas
_____
Name
300 North LaSalle Street, Chicago, IL 60654

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Sharon Noe | 02/28/2025 | $ 46,767.10 |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    Sharon Noe
_____
Name
604 Old 63 N.
Columbia, MO 65201

Debtor   Landmark Hospital of Columbia, LLC
_____   Case number (if known) 2:25-bk-00402
         Name                                                       _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Sharon Noe | 03/31/2025 | $41,632.11 |

| Name and address of the person who has possession of inventory records |
|---|

27.2.   Sharon Noe
        _____
        Name
        604 Old 63 N.
        Columbia, MO 65201

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Landmark Holdings of Florida, LLC | 2430 Vanderbilt Beach Rd. Suite 108-154, Naples, FL 34109 | Shareholder, 97.5% | 97.5 |
| Craig Boudreaux | 5153 Bluebonnet Suite B, Baton Rouge, LA 70809 | Officer | |
| Tracy LaRose | 3255 Independence St., Cape Girardeau, MO 63701 | Officer | |
| M. Bryan Day | 5153 Bluebonnet Suite B, Baton Rouge, LA 70809 | Officer | |
| Dr. William Kapp | 8171 Bay Colony Dr. #902, Naples, FL 34108 | Chairman of the Board | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    Landmark Hospital of Columbia, LLC
_____
Name

Case number *(if known)* 2:25-bk-00402
_____

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/22/2025
_____
MM / DD / YYYY

✖ /s/ M. Bryan Day
_____
Signature of individual signing on behalf of the debtor

Printed name    M. Bryan Day
_____

Position or relationship to debtor    CEO
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name    Landmark Hospital of Columbia, LLC

Case number (*if known*)    2:25-bk-00402

## Continuation Sheet for Official Form 207

**17) Pension Contributions**

**Landmark 401(k) Plan        26-0355424**

**20) Off-premises storage**

**File Room**                              **4107 Rider Trail NO, Earth City, MO 63045**

**26a) Bookkeepers**

**Tracy LaRose, CFO    3255 Independence    01/01/2020
                       St., Cape
                       Girardeau, MO 63701**

**26c) Records keepers**

**Van-De-Ven LLC, Tax    1020 North Kingshighway
Preparer               Suite D, Cape Girardeau,
                       MO 63701**

**26d) Creditors**

**Amerant Bank**                          **220 Alhambra Cir., Coral Gables, FL 33134**

Official Form 207                    **Statement of Financial Affairs for Non-Individuals**

**Exhibit - Item 3**
**SOFA Part 2, Question 3**
**Landmark Hospital of Columbia, LLC**

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Hospital of Columbia, LLC | Advantis Medical Staffing LLC | 20 Sunnyside Ave STE E | Mill Valley | CA | 94941 | Suppliers or vendors | 12/17/24 | $ 12,535.80 |
| Landmark Hospital of Columbia, LLC | Advantis Medical Staffing LLC | 20 Sunnyside Ave STE E | Mill Valley | CA | 94941 | Suppliers or vendors | 12/20/24 | $ 4,379.20 |
| Landmark Hospital of Columbia, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/10/24 | $ 24,000.00 |
| Landmark Hospital of Columbia, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 12/12/24 | $ 14,357.35 |
| Landmark Hospital of Columbia, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 01/24/25 | $ 1,371.54 |
| Landmark Hospital of Columbia, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 02/10/25 | $ 131.77 |
| Landmark Hospital of Columbia, LLC | Airgas USA LLC | PO BOX 734672 | DALLAS | TX | 75373-4672 | Suppliers or vendors | 03/03/25 | $ 1,726.60 |
| Landmark Hospital of Columbia, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 12/17/24 | $ 9,277.76 |
| Landmark Hospital of Columbia, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 12/24/24 | $ 3,060.66 |
| Landmark Hospital of Columbia, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 01/15/25 | $ 9,277.76 |
| Landmark Hospital of Columbia, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 01/16/25 | $ 3,060.66 |
| Landmark Hospital of Columbia, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 02/18/25 | $ 3,060.66 |
| Landmark Hospital of Columbia, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 02/18/25 | $ 9,277.76 |
| Landmark Hospital of Columbia, LLC | Ameren Missouri | PO BOX 88068 | CHICAGO | IL | 60680-1068 | Suppliers or vendors | 12/19/24 | $ 3,219.52 |
| Landmark Hospital of Columbia, LLC | Ameren Missouri | PO BOX 88068 | CHICAGO | IL | 60680-1068 | Suppliers or vendors | 02/11/25 | $ 3,907.28 |
| Landmark Hospital of Columbia, LLC | Ameren Missouri | PO BOX 88068 | CHICAGO | IL | 60680-1068 | Suppliers or vendors | 02/18/25 | $ 3,556.31 |
| Landmark Hospital of Columbia, LLC | Analytical Pathology Service | 10990 New Halls Ferry Rd Ste J Box 104 | Saint Louis | MO | 63136 | Suppliers or vendors | 12/17/24 | $ 5,200.00 |
| Landmark Hospital of Columbia, LLC | Analytical Pathology Service | 10990 New Halls Ferry Rd Ste J Box 104 | Saint Louis | MO | 63136 | Suppliers or vendors | 01/06/25 | $ 5,200.00 |
| Landmark Hospital of Columbia, LLC | Analytical Pathology Service | 10990 New Halls Ferry Rd Ste J Box 104 | Saint Louis | MO | 63136 | Suppliers or vendors | 01/28/25 | $ 5,200.00 |
| Landmark Hospital of Columbia, LLC | Analytical Pathology Service | 10990 New Halls Ferry Rd Ste J Box 104 | Saint Louis | MO | 63136 | Suppliers or vendors | 02/19/25 | $ 5,200.00 |
| Landmark Hospital of Columbia, LLC | Analytical Pathology Service | 10990 New Halls Ferry Rd Ste J Box 104 | Saint Louis | MO | 63136 | Suppliers or vendors | 03/05/25 | $ 5,200.00 |
| Landmark Hospital of Columbia, LLC | Baxter Healthcare Corp | PO BOX 70564 | Chicago | IL | 60673-0564 | Suppliers or vendors | 01/29/25 | $ 4,937.56 |
| Landmark Hospital of Columbia, LLC | Baxter Healthcare Corp | PO BOX 70564 | Chicago | IL | 60673-0564 | Suppliers or vendors | 02/11/25 | $ 2,400.00 |
| Landmark Hospital of Columbia, LLC | Baxter Healthcare Corp | PO BOX 70564 | Chicago | IL | 60673-0564 | Suppliers or vendors | 02/21/25 | $ 575.93 |
| Landmark Hospital of Columbia, LLC | Baxter Healthcare Corp | PO BOX 70564 | Chicago | IL | 60673-0564 | Suppliers or vendors | 03/03/25 | $ 3,668.78 |
| Landmark Hospital of Columbia, LLC | Boone County Collector | OF REVENUE 801 E WALNUT RM 118 | COLUMBIA | MO | 65201-4890 | Suppliers or vendors | 01/13/25 | $ 152,629.37 |
| Landmark Hospital of Columbia, LLC | Boone County Collector | OF REVENUE 801 E WALNUT RM 118 | COLUMBIA | MO | 65201-4890 | Suppliers or vendors | 02/11/25 | $ 4,844.91 |
| Landmark Hospital of Columbia, LLC | Boone Health Lab Services | 1600 East Broadway, Box 17 | Columbia | MO | 65201 | Suppliers or vendors | 12/20/24 | $ 33,812.72 |
| Landmark Hospital of Columbia, LLC | Boone Health Lab Services | 1600 East Broadway, Box 17 | Columbia | MO | 65201 | Suppliers or vendors | 01/29/25 | $ 33,215.83 |
| Landmark Hospital of Columbia, LLC | Boone Health Lab Services | 1600 East Broadway, Box 17 | Columbia | MO | 65201 | Suppliers or vendors | 02/11/25 | $ 31,227.34 |
| Landmark Hospital of Columbia, LLC | Boone Hospital Center | PO BOX 957935 | ST. LOUIS | MO | 63195 | Suppliers or vendors | 12/20/24 | $ 9,097.38 |
| Landmark Hospital of Columbia, LLC | Boone Hospital Center | PO BOX 957935 | ST. LOUIS | MO | 63195 | Suppliers or vendors | 12/20/24 | $ 344.50 |
| Landmark Hospital of Columbia, LLC | Boone Hospital Center | PO BOX 957935 | ST. LOUIS | MO | 63195 | Suppliers or vendors | 01/07/25 | $ 6,667.09 |
| Landmark Hospital of Columbia, LLC | Boone Hospital Center | PO BOX 957935 | ST. LOUIS | MO | 63195 | Suppliers or vendors | 01/28/25 | $ 2,363.24 |
| Landmark Hospital of Columbia, LLC | Boone Hospital Center | PO BOX 957935 | ST. LOUIS | MO | 63195 | Suppliers or vendors | 02/04/25 | $ 559.00 |
| Landmark Hospital of Columbia, LLC | Boone Hospital Center | PO BOX 957935 | ST. LOUIS | MO | 63195 | Suppliers or vendors | 02/19/25 | $ 1,176.50 |
| Landmark Hospital of Columbia, LLC | Boone Hospital Center | PO BOX 957935 | ST. LOUIS | MO | 63195 | Suppliers or vendors | 02/24/25 | $ 9,917.36 |
| Landmark Hospital of Columbia, LLC | City Of Columbia | 701 E. BROADWAY PO BOX 1676 | COLUMBIA | MO | 65205 | Suppliers or vendors | 12/23/24 | $ 9,469.40 |
| Landmark Hospital of Columbia, LLC | City of Columbia | 701 E. BROADWAY PO BOX 1676 | COLUMBIA | MO | 65205 | Suppliers or vendors | 01/10/25 | $ 343.07 |
| Landmark Hospital of Columbia, LLC | City of Columbia | 701 E. BROADWAY PO BOX 1676 | COLUMBIA | MO | 65205 | Suppliers or vendors | 01/10/25 | $ 20,773.67 |
| Landmark Hospital of Columbia, LLC | City of Columbia | 701 E. BROADWAY PO BOX 1676 | COLUMBIA | MO | 65205 | Suppliers or vendors | 01/10/25 | $ 142.72 |
| Landmark Hospital of Columbia, LLC | City of Columbia | 701 E. BROADWAY PO BOX 1676 | COLUMBIA | MO | 65205 | Suppliers or vendors | 03/03/25 | $ 9,514.49 |
| Landmark Hospital of Columbia, LLC | Connected Health Care, LLC | PO Box 9487 | Tyler | TX | 55711 | Suppliers or vendors | 12/17/24 | $ 11,080.00 |
| Landmark Hospital of Columbia, LLC | Curators Of The University Of | PO BOX 802728 | KANSAS CITY | MO | 64180-2728 | Suppliers or vendors | 12/17/24 | $ 9,237.25 |
| Landmark Hospital of Columbia, LLC | Curators Of The University Of | PO BOX 802728 | KANSAS CITY | MO | 64180-2728 | Suppliers or vendors | 02/11/25 | $ 14,777.98 |
| Landmark Hospital of Columbia, LLC | Favorite Healthcare Staffing | PO BOX 26225 | Overland Park | KS | 66225 | Suppliers or vendors | 12/17/24 | $ 6,232.80 |
| Landmark Hospital of Columbia, LLC | Favorite Healthcare Staffing | PO BOX 26225 | Overland Park | KS | 66225 | Suppliers or vendors | 01/29/25 | $ 9,395.55 |
| Landmark Hospital of Columbia, LLC | Favorite Healthcare Staffing | PO BOX 26225 | Overland Park | KS | 66225 | Suppliers or vendors | 02/11/25 | $ 8,362.35 |
| Landmark Hospital of Columbia, LLC | Favorite Healthcare Staffing | PO BOX 26225 | Overland Park | KS | 66225 | Suppliers or vendors | 03/04/25 | $ 4,636.80 |
| Landmark Hospital of Columbia, LLC | Fusion Medical Staffing | P.O. Box 30131 | Omaha | NE | 68103 | Suppliers or vendors | 01/22/25 | $ 5,697.60 |
| Landmark Hospital of Columbia, LLC | Fusion Medical Staffing | P.O. Box 30131 | Omaha | NE | 68103 | Suppliers or vendors | 02/07/25 | $ 2,873.60 |
| Landmark Hospital of Columbia, LLC | Fusion Medical Staffing | P.O. Box 30131 | Omaha | NE | 68103 | Suppliers or vendors | 02/21/25 | $ 5,756.00 |
| Landmark Hospital of Columbia, LLC | Hospital Medicine Consulting | Delali Kwame Buatsi 6305 Upper Bridle Bend Dr. | Columbia | MO | 65201 | Suppliers or vendors | 12/17/24 | $ 26,400.00 |
| Landmark Hospital of Columbia, LLC | Hospital Medicine Consulting | Delali Kwame Buatsi 6305 Upper Bridle Bend Dr. | Columbia | MO | 65201 | Suppliers or vendors | 01/15/25 | $ 12,000.00 |
| Landmark Hospital of Columbia, LLC | Hospital Medicine Consulting | Delali Kwame Buatsi 6305 Upper Bridle Bend Dr. | Columbia | MO | 65201 | Suppliers or vendors | 01/27/25 | $ 14,400.00 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Hospital of Columbia, LLC | Hospital Medicine Consulting | Delali Kwame Buatsi 6305 Upper Bridle Bend Dr. | Columbia | MO | 65201 | Suppliers or vendors | 01/28/25 | $ 16,800.00 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/09/24 | $ 54,541.33 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/11/24 | $ 593.90 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/12/24 | $ 225,000.00 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/12/24 | $ 1,662.28 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/12/24 | $ 1,440.91 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/13/24 | $ 2,718.50 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/13/24 | $ 5,749.29 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/13/24 | $ 144,824.13 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/16/24 | $ 9,596.65 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/17/24 | $ 4,148.42 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/17/24 | $ 50.00 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/17/24 | $ 5,292.32 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/18/24 | $ 71,375.84 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/19/24 | $ 35,181.08 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/19/24 | $ 3,366.92 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/19/24 | $ 206,168.22 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/20/24 | $ 8,981.58 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/23/24 | $ 18,530.37 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/23/24 | $ 201,658.45 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/24/24 | $ 6,062.44 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/26/24 | $ 6,153.81 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/27/24 | $ 2,046.11 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/27/24 | $ 2,843.04 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/27/24 | $ 399.09 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/30/24 | $ 3,539.58 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/31/24 | $ 44,420.70 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/02/25 | $ 3,234.10 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/02/25 | $ 4,292.17 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/03/25 | $ 2,004.99 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/03/25 | $ 246,453.96 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/06/25 | $ 25,155.98 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/07/25 | $ 4,895.81 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/08/25 | $ 1,077.99 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/08/25 | $ 50.00 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/09/25 | $ 2,995.37 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/09/25 | $ 1,612.60 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/10/25 | $ 44,538.36 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/10/25 | $ 5.00 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/10/25 | $ 5,302.31 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/10/25 | $ 11,326.23 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/10/25 | $ 524,111.75 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/13/25 | $ 1,671.70 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/14/25 | $ 2,981.39 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/15/25 | $ 2,744.24 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/16/25 | $ 1,092.98 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/16/25 | $ 51,155.89 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/16/25 | $ 180.00 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/16/25 | $ 204,711.26 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/17/25 | $ 2,268.72 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/21/25 | $ 6,766.62 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/22/25 | $ 764.64 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/23/25 | $ 1,286.86 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/23/25 | $ 117,827.65 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/23/25 | $ 7,601.22 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/24/25 | $ 4,295.89 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/24/25 | $ 50,831.85 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/24/25 | $ 840.35 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/27/25 | $ 1,138.23 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/28/25 | $ 994.62 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/29/25 | $ 478.97 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/30/25 | $ 19,578.84 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/30/25 | $ 130,481.08 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/30/25 | $ 115,194.09 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/31/25 | $ 37,248.00 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/31/25 | $ 6,914.45 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/03/25 | $ 5,177.81 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/04/25 | $ 59,418.02 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/05/25 | $ 1,342.35 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/06/25 | $ 2,633.34 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/06/25 | $ 5,955.98 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/06/25 | $ 4,337.78 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/07/25 | $ 3,826.07 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/07/25 | $ 57,024.64 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/07/25 | $ 329,705.62 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/10/25 | $ 739.65 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/11/25 | $ 3,283.15 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/11/25 | $ 88.16 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/12/25 | $ 2,272.97 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/12/25 | $ 67,254.78 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/13/25 | $ 3,115.75 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/13/25 | $ 584.70 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/13/25 | $ 111,270.00 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Florie | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/14/25 | $ 2,275.78 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/14/25 | $ 953.42 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/18/25 | $ 661.63 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/18/25 | $ 438.41 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/19/25 | $ 6,709.29 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/19/25 | $ 479,353.34 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/20/25 | $ 6,240.58 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/20/25 | $ 2,603.16 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/20/25 | $ 1,011.89 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/21/25 | $ 3,756.60 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/21/25 | $ 51,341.03 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/24/25 | $ 97.45 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/25/25 | $ 1,043.42 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/27/25 | $ 4,128.93 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/27/25 | $ 111,270.00 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/28/25 | $ 10,200.93 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/03/25 | $ 40,480.03 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/04/25 | $ 197.66 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/05/25 | $ 47,910.23 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/05/25 | $ 520.44 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/05/25 | $ 83,964.00 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/06/25 | $ 40,000.00 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/06/25 | $ 45,883.03 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/06/25 | $ 292.07 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/07/25 | $ 8,437.43 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/07/25 | $ 4,992.91 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/07/25 | $ 19,640.89 |
| Landmark Hospital of Columbia, LLC | Landmark Management Services of Floric | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/07/25 | $ 352,101.32 |
| Landmark Hospital of Columbia, LLC | Landmark Real Estate Holding LLC | 543 Deer Creek Lane | Cape Girardeau | MO | 63701 | Intercompany | 01/08/25 | $ 50,000.00 |
| Landmark Hospital of Columbia, LLC | Landmark Real Estate Holding LLC | 543 Deer Creek Lane | Cape Girardeau | MO | 63701 | Intercompany | 02/04/25 | $ 50,000.00 |
| Landmark Hospital of Columbia, LLC | Landmark Real Estate Holding LLC | 543 Deer Creek Lane | Cape Girardeau | MO | 63701 | Intercompany | 03/06/25 | $ 50,000.00 |
| Landmark Hospital of Columbia, LLC | LRS Healthcare LLC | 2655 Northwinds Parkway | Alpharetta | GA | 30009 | Suppliers or vendors | 03/03/25 | $ 17,815.58 |
| Landmark Hospital of Columbia, LLC | M & Z Telemedicine | 4403 SILVER VALLEY D | COLUMBIA | MO | 65203 | Suppliers or vendors | 12/12/24 | $ 40,668.40 |
| Landmark Hospital of Columbia, LLC | Medline Industries, Inc | DEPT CH 14400 | Palatine | IL | 60055 | Suppliers or vendors | 01/14/25 | $ 11,207.99 |
| Landmark Hospital of Columbia, LLC | Medline Industries, Inc | DEPT CH 14400 | Palatine | IL | 60055 | Suppliers or vendors | 01/28/25 | $ 31,594.22 |
| Landmark Hospital of Columbia, LLC | Medline Industries, Inc | DEPT CH 14400 | Palatine | IL | 60055 | Suppliers or vendors | 02/11/25 | $ 20,178.62 |
| Landmark Hospital of Columbia, LLC | Medline Industries, Inc | DEPT CH 14400 | Palatine | IL | 60055 | Suppliers or vendors | 02/27/25 | $ 40,634.42 |
| Landmark Hospital of Columbia, LLC | Norvin Eugene Thomas Md | 5914 Ivory Lane | COLUMBIA | MO | 65201 | Suppliers or vendors | 12/26/24 | $ 13,200.00 |
| Landmark Hospital of Columbia, LLC | Norvin Eugene Thomas Md | 5914 Ivory Lane | COLUMBIA | MO | 65201 | Suppliers or vendors | 01/23/25 | $ 10,800.00 |
| Landmark Hospital of Columbia, LLC | Norvin Eugene Thomas Md | 5914 Ivory Lane | COLUMBIA | MO | 65201 | Suppliers or vendors | 01/23/25 | $ 12,000.00 |
| Landmark Hospital of Columbia, LLC | Norvin Eugene Thomas Md | 5914 Ivory Lane | COLUMBIA | MO | 65201 | Suppliers or vendors | 02/27/25 | $ 12,000.00 |
| Landmark Hospital of Columbia, LLC | Pawnee Equipment | 3801 Automation Way UNIT 207 | Fort Collins | CO | 80525 | Suppliers or vendors | 12/17/24 | $ 2,677.42 |
| Landmark Hospital of Columbia, LLC | Pawnee Equipment | 3801 Automation Way UNIT 207 | Fort Collins | CO | 80525 | Suppliers or vendors | 12/26/24 | $ 644.27 |
| Landmark Hospital of Columbia, LLC | Pawnee Equipment | 3801 Automation Way UNIT 207 | Fort Collins | CO | 80525 | Suppliers or vendors | 12/26/24 | $ 1,174.45 |
| Landmark Hospital of Columbia, LLC | Pawnee Equipment | 3801 Automation Way UNIT 207 | Fort Collins | CO | 80525 | Suppliers or vendors | 01/15/25 | $ 2,677.42 |
| Landmark Hospital of Columbia, LLC | Pawnee Equipment | 3801 Automation Way UNIT 207 | Fort Collins | CO | 80525 | Suppliers or vendors | 02/18/25 | $ 2,677.42 |
| Landmark Hospital of Columbia, LLC | Peak Climate Mechanical | 16850 North Route Z | Centralia | MO | 65240 | Suppliers or vendors | 12/18/24 | $ 2,500.50 |
| Landmark Hospital of Columbia, LLC | Peak Climate Mechanical | 16850 North Route Z | Centralia | MO | 65240 | Suppliers or vendors | 12/27/24 | $ 4,972.50 |
| Landmark Hospital of Columbia, LLC | Peak Climate Mechanical | 16850 North Route Z | Centralia | MO | 65240 | Suppliers or vendors | 01/15/25 | $ 3,914.00 |
| Landmark Hospital of Columbia, LLC | Ricardo Hernandez MD | 4354 W HAMPTON PL CT | SAINT CHARLES | MO | 63304 | Suppliers or vendors | 12/23/24 | $ 6,400.00 |
| Landmark Hospital of Columbia, LLC | Ricardo Hernandez MD | 4354 W HAMPTON PL CT | SAINT CHARLES | MO | 63304 | Suppliers or vendors | 01/28/25 | $ 6,400.00 |
| Landmark Hospital of Columbia, LLC | Ricardo Hernandez MD | 4354 W HAMPTON PL CT | SAINT CHARLES | MO | 63304 | Suppliers or vendors | 02/28/25 | $ 4,600.00 |
| Landmark Hospital of Columbia, LLC | Ricardo Hernandez MD | 4354 W HAMPTON PL CT | SAINT CHARLES | MO | 63304 | Suppliers or vendors | 02/28/25 | $ 4,800.00 |
| Landmark Hospital of Columbia, LLC | Staff-Smart Medical Staff | P.O. BOX 7971 | Carol Stream | IL | 60197-7971 | Suppliers or vendors | 12/27/24 | $ 11,126.53 |
| Landmark Hospital of Columbia, LLC | Staff-Smart Medical Staff | P.O. BOX 7971 | Carol Stream | IL | 60197-7971 | Suppliers or vendors | 12/31/24 | $ 8,182.35 |
| Landmark Hospital of Columbia, LLC | Staff-Smart Medical Staff | P.O. BOX 7971 | Carol Stream | IL | 60197-7971 | Suppliers or vendors | 01/22/25 | $ 4,215.63 |
| Landmark Hospital of Columbia, LLC | Staff-Smart Medical Staff | P.O. BOX 7971 | Carol Stream | IL | 60197-7971 | Suppliers or vendors | 01/22/25 | $ 4,041.35 |
| Landmark Hospital of Columbia, LLC | Staff-Smart Medical Staff | P.O. BOX 7971 | Carol Stream | IL | 60197-7971 | Suppliers or vendors | 03/04/25 | $ 11,517.61 |
| Landmark Hospital of Columbia, LLC | Sysco Kansas City Inc. | 1915 KANSAS CITY RD | OLATHE | KS | 66061 | Suppliers or vendors | 12/11/24 | $ 4,834.95 |
| Landmark Hospital of Columbia, LLC | Sysco Kansas City Inc. | 1915 KANSAS CITY RD | OLATHE | KS | 66061 | Suppliers or vendors | 02/03/25 | $ 12,687.18 |
| Landmark Hospital of Columbia, LLC | WPS Medicare/Reimbursement | Attn: Debt Recovery Dept 1717 West Broadway | Madison | WI | 53713-1834 | Suppliers or vendors | 01/13/25 | $ 54,544.78 |
| **Total** | | | | | | | | **$5,829,207.01** |